IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO. 4:12cr00278 SWW

Kendrick Norris

### CLERK MINUTE

DATE: 7/30/2014
HEARING TYPE: Defendant's Motion for Bond d.e. #28
BEFORE U. S. MAGISTRATE JUDGE J. THOMAS RAY
LITTLE ROCK, ARKANSAS
COURTROOM #1C

ASSISTANT U. S. ATTORNEY: Cameron McCree
DEFENSE COUNSEL: Joe Perry
U. S. PROBATION OFFICER: Dorahn Harman

COURT BEGAN: 2:05 p.m.

Before Court reviewed the Defendant's Motion, Mr. Perry requested that his motion be withdrawn and he be allowed to reserve his right to a bond hearing at a later date. Defendant remanded to custody of U.S.M due to an outstanding state warrant. Order of Detainer lodged.

COURT ADJOURNED: 2:20 p.m.

ECRO/CRD: Kathy Swanson