**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.             ) | 4:12CR00278 SWW |
| ) | |
| **KENDRICK NORRIS** ) | |

**ORDER**

The defendant's motion for bond hearing (docket entry no. 35) is granted. The hearing will be conducted on Friday, August 15, 2014, at 10:30 a.m.

IT IS SO ORDERED this  13  day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE