IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DISTRICT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:12CR00278 SWW** |
| | ) | |
| **KENDRICK NORRIS** | ) | |

**ORDER**

The government has filed a motion to revoke the pretrial release (docket entry no. 39), and the issue has been referred to the undersigned for disposition. The Clerk is directed to issue a summons for the defendant to appear on this motion. The summons should direct the defendant to appear on Tuesday, September 16, 2014, at 2:00 p.m.

IT IS SO ORDERED this  10   day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE