**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **4:12CR00278 SWW** |
| | ) | |
| **KENDRICK NORRIS** | ) | |

**ORDER**

The defendant's motion for detention hearing (docket entry no. 46) is granted. The hearing will be conducted on Wednesday, December 10, 2014, at 2:30 p.m.

IT IS SO ORDERED this  2   day of December, 2014.

UNITED STATES MAGISTRATE JUDGE