# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| vs. | NO. 4:12CR00278-001 SWW | |
| KENDRICK NORRIS | | DEFENDANT |

## ORDER

Pending before the Court is government's motion to dismiss indictment against defendant *Kendrick Norris* pursuant to Rule 48(a).

IT IS SO ORDERED that the government's motion to dismiss the indictment against defendant *Kendrick Norris* [doc #63] be **GRANTED**, and the indictment pending against defendant *Kendrick Norris* is ***dismissed with prejudice***.

DATED this 31st day of July 2015.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE